# ELECTRONIC RECORD

COA # 01-13-01004-CR                  OFFENSE: 21.1 (Sex Assault of Child)

STYLE: Brian Victorian v. The State of Texas                  COUNTY: Harris

COA DISPOSITION:    AFFIRM                  TRIAL COURT: 182nd District Court

DATE: 06/25/2015                  Publish: NO    TC CASE #: 1363644

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Brian Victorian v. The State of Texas          CCA #: 948-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 11/18/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**